UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

T.C.JEFFERSON on behalf of himself and
all those similarly situated,

          Plaintiff(s),

v.

CHASE HOME FINANCE

          Defendant(s).
_____/

CASE NO. C 06 6510 TEH

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    ☐ Non-binding Arbitration (ADR L.R. 4)
    ✓ Early Neutral Evaluation (ENE) (ADR L.R. 5)
    ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    ✓ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ☐ other requested deadline _____

Dated: Dec 18, 2006

G. Scott Emblidge
Attorney for Plaintiff

Dated: Dec 18, 2006

George G. Weickhardt
Attorney for Defendant

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- ✓ Early Neutral Evaluation (ENE)
- Mediation
- Private ADR

Deadline for ADR session
- ✓ 90 days from the date of this order.
- other

IT IS SO ORDERED.

Dated: 12/20/06

_____
DISTRICT
STATES ~~MAGISTRATE~~ JUDGE

Judge Thelton E. Henderson

| | |
|---|---|
| CASE NAME: | T.C. Jefferson et al. v. Chase Home Finance, et al. |
| ACTION NO.: | C06-6510 TEH — U.S. District Court, San Francisco |

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105. I am employed in the County of San Francisco where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as: **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

**Attorneys for T.C. JEFFERSON**
G. Scott Emblidge, Esq.
James A. Quadra, Esq.
MOSCONE, EMBLIDGE & QUADRA, LLP
180 Montgomery Street, Suite 1240
San Francisco, CA 94104-4238
Tel: (415) 362-3590
Fax: (415) 362-7332

**Co-Counsel for T.C. JEFFERSON**
James C. Sturdevant, Esq.
Monique Olivier, Esq.
THE STURDEVANT LAW FIRM
475 Sansome Street, Suite 1750
San Francisco, CA 94111
Tel: (415) 477-2410
Fax: (415) 477-2420

**Co-Counsel for CHASE HOME FINANCE**
LeAnn Pedersen Pope, Esq.
Danielle J. Szukala, Esq.
BURKE, WARREN, MACKAY & SERRITELLA, PC
330 North Wabash Avenue, 22nd Floor
Chicago, IL 60611-3607
Tel: (312) 840-7000
Fax: (312) 840-7900

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 18, 2006, at San Francisco, California.

Eleanor Mangonon

SF/198797 1/EM4

- 1 -

PROOF OF SERVICE- JEFFERSON V. CHASE;
CASE NO. C06-6510 TEH