1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11    T.C. JEFFERSON, on behalf of)
      himself and all those       )
12    similarly situated,         )      No. C06-6510 TEH (BZ)
                                   )
13              Plaintiff(s),      )
                                   )      **INITIAL DISCOVERY ORDER**
14         v.                      )
                                   )
15    CHASE HOME FINANCE LLC,      )
                                   )
16              Defendant(s).      )
      ─────────────────────────────)

17

18         All discovery in this matter has been referred to United

19    States Magistrate Judge Bernard Zimmerman.

20         In the event a discovery dispute arises, the parties

21    shall meet in person or, if counsel are outside the Bay Area,

22    by telephone and make a good faith effort to resolve their

23    dispute.  Exchanging letters or telephone messages about the

24    dispute is insufficient.  The Court will not read subsequent

25    positioning letters; parties shall instead make a

26    contemporaneous record of their meeting using a tape recorder

27    or a court reporter.

28

1

1     In the event they cannot resolve their dispute, the

2    parties must participate in a telephone conference with the

3    Court **before** filing any discovery motions or other papers.

4    The party seeking discovery shall request a conference in a

5    letter served on all parties not exceeding two pages (with no

6    attachments) which briefly explains the nature of the action

7    and the issues in dispute.  Other parties may reply in similar

8    fashion within two days of receiving the letter requesting the

9    conference.  The Court will contact the parties to schedule

10   the conference.

11    After the conference with the Court, if filing papers is

12   deemed necessary, they should be filed **electronically** with the

13   Clerk's Office, with **one hard copy delivered directly to**

14   **Magistrate Judge Zimmerman's Chambers (Room 15-6688)**.  A

15   chambers copy of all briefs shall be submitted on a diskette

16   formatted in WordPerfect 6, 8, 9, 10 or 13 or may be e-mailed

17   to the following address: bzpo@cand.uscourts.gov

18   Dated: January 10, 2007

19

20                          Bernard Zimmerman
                        United States Magistrate Judge

21

22   G:\BZALL\-REFS\JEFFERSON\INITIAL DISCOVERY.ORD.wpd

23

24

25

26

27

28

2