1  G. SCOTT EMBLIDGE, State Bar No. 121613
   ANDREW E. SWEET, State Bar No. 160870
2  MOSCONE, EMBLIDGE, & QUADRA, LLP
   220 Montgomery Street, Suite 2100
3  San Francisco, California 94104-4238
   Telephone:   (415) 362-3599
4  Facsimile:   (415) 362-2006

5  JAMES C. STURDEVANT, State Bar No. 94551
   SYLVIA SOKOL, State Bar No. 200126
6  THE STURDEVANT LAW FIRM
   A Professional Corporation
7  475 Sansome Street, Suite 1750
   San Francisco, California 94111
8  Telephone:   (415) 477-2410
   Facsimile:   (415) 477-2420

10  Attorneys for Plaintiff
    T.C. JEFFERSON on behalf of himself and all those similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| T.C. JEFFERSON, on behalf of himself and all those similarly situated, | Case No.: C06-6510 TEH (BZ) |
|---|---|
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER] CONTINUING DATE FOR COMPLIANCE WITH EARLY NEUTRAL EVALUATION** |
| v. | |
| CHASE HOME FINANCE and DOES 1-150, | |
| Defendants. | |

1

JOINT STIPULATION AND PROPOSED ORDER RE ENE COMPLIANCE, Case No. 06-6510 TEH (BZ)

IT IS HEREBY STIPULATED by Plaintiff T.C. Jefferson by and through his attorneys of record, Moscone, Emblidge & Quadra, LLP and the Sturdevant Law Firm, and Defendant Chase Home Finance, by and through its attorneys of record, that the last day for all parties to comply with the early neutral evaluation requirement will be June 22, 2007. This joint stipulation is made in good faith and necessitated by the fact that the appointment of the assigned early neutral evaluator was recently vacated and the current deadline to comply provides insufficient time within which to assign a new evaluator.

IT IS SO STIPULATED:

Dated March 6, 2007                    Moscone, Emblidge & Quadra LLP


                                       By:      /s/
                                            _____
                                            G. Scott Emblidge

Dated March 6, 2007                    The Sturdevant Law Firm


                                       By:      /s/
                                            _____
                                            Sylvia M. Sokol

Dated March __, 2007                   ROPERS, MAJESKI, KOHN & BENTLEY PC


                                       By:  _____
                                            George G. Weickhardt,
                                            Attorneys for Defendant
                                            CHASE HOME FINANCE LLC

IT IS HEREBY STIPULATED by Plaintiff T.C. Jefferson by and through his attorneys of record, Moscone, Emblidge & Quadra, LLP and the Sturdevant Law Firm, and Defendant Chase Home Finance, by and through its attorneys of record, that the last day for all parties to comply with the early neutral evaluation requirement will be June 22, 2007. This joint stipulation is made in good faith and necessitated by the fact that the appointment of the assigned early neutral evaluator was recently vacated and the current deadline to comply provides insufficient time within which to assign a new evaluator.

IT IS SO STIPULATED:

Dated March __, 2007          Moscone, Emblidge & Quadra LLP

                              By: _____
                                      G. Scott Emblidge

Dated March __, 2007          The Sturdavent Law Firm

                              By: _____
                                      Sylvia M. Sokol

Dated March 6, 2007           ROPERS, MAJESKI, KOHN & BENTLEY PC

                              By: _____
                                      George G. Weickhardt,
                                      Attorneys for Defendant
                                      CHASE HOME FINANCE LLC

1  [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 03/07/07



THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT