IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

T.C. JEFFERSON, on behalf of himself and all those similarly situated,

Plaintiffs,

v.

CHASE HOME FINANCE LLC,

Defendant.

NO. C06-6510 TEH

ORDER DENYING REQUEST TO CONTINUE CLASS CERTIFICATION BRIEFING AND HEARING SCHEDULE AND ORDER SETTING CASE MANAGEMENT CONFERENCE

The Court has reviewed the parties' stipulation to continue the briefing and hearing schedule on Plaintiffs' class certification motion because "discovery has only recently commenced, and the current deadlines for class certification provide insufficient time within which to conduct adequate discovery." The parties have failed to explain why discovery "has only recently commenced," and this unexplained delay does not present good cause to alter Court-ordered deadlines. Accordingly, the parties' request is DENIED, without prejudice to the parties' subsequently showing good cause.

IT IS FURTHER ORDERED that the parties shall appear for a case management conference on **Monday, April 9, 2007, at 1:30 PM,** to discuss whether a continuance might be justified and also to discuss the possibility of sanctions for dilatory behavior. Any written response to this order shall be filed on or before **Monday, April 2, 2007.**

**IT IS SO ORDERED.**

Dated: 03/23/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT