1  GEORGE G. WEICKHARDT (SBN 58586)
   PAMELA J. ZANGER (SBN 168356)
2  **ROPERS, MAJESKI, KOHN & BENTLEY PC**
   201 Spear Street, Suite 1000
3  San Francisco, CA 94105
   Telephone:  (415) 543-4800
4  Facsimile:  (415) 972-6301
   Email:      gweickhardt@ropers.com
5
   Of Counsel:
6  LEANN PEDERSEN POPE (*Admitted Pro Hac Vice*)
   ROBERT J. EMANUEL (*Admitted Pro Hac Vice*)
7  **BURKE, WARREN, MACKAY & SERRITELLA, P.C.**
   330 North Wabash, 22nd Floor
8  Chicago, Illinois 60611
   Telephone:  (312) 840-7000
9  Facsimile:  (312) 840-7900
   Email:      lpope@burkelaw.com
10              remanuel@burkelaw.com

11 Attorneys for Defendant
   CHASE HOME FINANCE LLC, sued herein as
12 CHASE HOME FINANCE

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16

17 T.C. JEFFERSON, on behalf of himself        CASE NO. C06-6510 TEH
   and all those similarly situated,
18                                             **CLASS ACTION**
                Plaintiffs,
19
        v.
20                                             [PROPOSED] ORDER GRANTING
   CHASE HOME FINANCE and                     CHASE HOME FINANCE LLC
21 DOES 1-150,                                 PERMISSION TO APPEAR AT EARLY
                                               NEUTRAL EVALUATION BY
22              Defendants.                    TELEPHONE

23

24 ///                                         **BY FAX**

25 ///

26 ///

27 ///

28 ///

SF/203343.1/RL3                               ORDER GRANTING PERMISSION TO APPEAR AT EARLY
                                              NEUTRAL EVALUATION BY PHONE; (NO. C06-6510 TEH)

1  Good cause having been presented, the Court hereby grants defendant Chase Home
2  Finance LLC permission to appear at the Early Neutral Evaluation scheduled in the above matter
3  by telephone.

5  Dated: 3-26-07

HON. WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE