G. SCOTT EMBLIDGE, State Bar No. 121613
ANDREW E. SWEET, State Bar No. 160870
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104-4238
Telephone:    (415) 362-3599
Facsimile:     (415) 362-2006

JAMES C. STURDEVANT, State Bar No. 94551
MARK T. JOHNSON, State Bar No. 76904
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, California  94111
Telephone:    (415) 477-2410
Facsimile:     (415) 477-2420

Attorneys for Plaintiff
T.C. JEFFERSON on behalf of himself and all those similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.C. JEFFERSON, on behalf of himself and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE and DOES 1-150,<br><br>Defendants. | Case No.: C06-6510 TEH (BZ)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO THIS COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, pursuant to this Court's ECF rules, that Mark T. Johnson hereby substitutes in for Sylvia M. Sokol as representative counsel from The Sturdevant Law Firm, co-counsel for plaintiff in this matter.

///

///

1

NOTICE OF SUBSTITUTION OF COUNSEL, Case No. 06-6510 TEH (BZ)

All notices formerly sent to the attention of Ms. Sokol at The Sturdevant Law Firm should now be sent to:

    Mark T. Johnson
    The Sturdevant Law Firm
    475 Sansome Street, Suite 1750
    San Francisco, CA  94111
    Phone: 415-477-2410
    Fax: 415-477-2420
    e-mail: mjohnson@sturdevantlaw.com

Dated: April 10, 2007                    THE STURDEVANT LAW FIRM

                                By:  _____
                                      Mark T. Johnson
                                      Counsel for Plaintiff T.C. JEFFERSON



IT IS SO ORDERED
Judge Thelton E. Henderson
04/16/07
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF SUBSTITUTION OF COUNSEL, Case No. 06-6510 TEH (BZ)