UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.C. JEFFERSON, on behalf of himself and all those similarly situated,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>CHASE HOME FINANCE LLC,<br><br>　　　　Defendant(s). | No. C06-6510 TEH (BZ)<br><br>**BRIEFING ORDER** |

A conference was held on April 17, 2007, to discuss the discovery dispute outlined in plaintiff's April 6, 2007, letter. All parties were present and represented by counsel. For the reasons articulated on the record, **IT IS HEREBY ORDERED** as follows:

　　1. Consistent with the Initial Discovery Order, the parties will meet and confer by April 20, 2007, and make a good faith effort to resolve their dispute in accordance with the views expressed by the court.

　　2. If the parties fail to resolve their dispute, plaintiff has leave to file a motion to compel by **April 27,**

1

1 | **2007.**  Defendant's opposition shall be filed by **May 4, 2007.**
2 | Any reply papers shall be filed by **May 9, 2007.**  The motion
3 | will be heard on **Wednesday, May 16, 2007, at 10:00 a.m.**, in
4 | Courtroom G, 15th Floor, Federal Building, 450 Golden Gate
5 | Avenue, San Francisco, California 94102.
6 | Dated: April 18, 2007

                                      _____
                                       Bernard Zimmerman
                                       United States Magistrate Judge

12 | G:\BZALL\-REFS\JEFFERSON\discovery.order.wpd