UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.C. JEFFERSON, on behalf of himself and all those similarly situated,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>CHASE HOME FINANCE LLC,<br><br>　　　　Defendant(s). | No. C06-6510 TEH (BZ)<br><br>**ORDER TO SHOW CAUSE** |

Plaintiffs' counsel are **ORDERED** to show cause at the May 16, 2007 hearing why they should not be sanctioned for failing in this matter to abide by Civil Local Rule 37-2.

Dated: May 10, 2007

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\JEFFERSON\OSC.wpd

1