1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7   T.C. JEFFERSON, on behalf of)
    himself and all those        )
8   similarly situated,          )      No. C06-6510 TEH (BZ)
                                  )
9            Plaintiff(s),        )      **POST-HEARING ORDER**
                                  )
10       v.                       )
                                  )
11  CHASE HOME FINANCE LLC,       )
                                  )
12           Defendant(s).        )
    _____)

13

14       On May 16, 2007, I held a hearing on plaintiff's motion

15  to compel discovery and on my order to show cause.  In

16  connection with the former, pending before me are plaintiff's

17  motion to file two exhibits under seal, and defendant's motion

18  for leave to file a late declaration.  At hearing, counsel for

19  defendant stated that he did not intend to file the response

20  required by Civil Local Rule 79-5(d).  No good cause for

21  sealing the documents appearing, plaintiff's motion (Docket

22  No. 61) is **DENIED**.  And, for the reasons stated on the record,

23  defendant's motion (Docket No.80) is also **DENIED**.

24  Dated: May 16, 2007

25

26  _____
                 Bernard Zimmerman
27          United States Magistrate Judge

28  G:\BZALL\-REFS\JEFFERSON\POST HEARING ORDER.wpd