UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| T.C. JEFFERSON, on behalf of himself and all those similarly situated, | ) ) ) ) | No. C06-6510 TEH (BZ) |
| Plaintiff(s), | ) ) | **SECOND DISCOVERY ORDER** |
| v. | ) ) | |
| CHASE HOME FINANCE LLC, | ) ) | |
| Defendant(s). | ) ) | |

Before me is plaintiff's motion to compel discovery responses. The motion having been fully briefed and argued, **IT IS ORDERED** as follows:

1. Plaintiff's request for further responses to Special Interrogatory No.'s 9, 10 and 11 is **DENIED** because the chart produced by defendant is an adequate response to No.'s 9 and 11, and because No. 10 is premature.

2. Plaintiff's request for production of further documents in response to Document Request No. 15 is **GRANTED** to the extent it requests customer complaints and Chase's responses to those complaints. Plaintiff seeks to represent a

1

class of all California residents who prepaid, not just those who prepaid electronically.  Defendant's objections are more properly asserted in opposition to class certification.

3.   Plaintiff's request for production of further documents in response to Document Request No.'s 3, 12, 13, 14, and 16 is **DENIED** on condition that defendant certify in writing, and pursuant to Fed. R. Civ. P. 11, that it has produced all responsive documents.

4.   Plaintiff's request for further responses to Special Interrogatory No.'s 1, 3 and 6 is **DENIED** based on defendant's representation that responses will be produced by May 17, 2007.

5.   Defendant shall produce to plaintiff documents responsive to Document Request No. 15 and the certification referenced in paragraph 3, above, by **Wednesday, May 23, 2007**.

6.   Should defendant fail to timely produce promised responses or otherwise fail to abide by this order, plaintiff shall pursue the matter as outlined in my Initial Discovery Order.

Dated: May 16, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\JEFFERSON\Second DISC ORDER.wpd

2