UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.C. JEFFERSON, on behalf of himself and all those similarly situated,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>CHASE HOME FINANCE LLC,<br><br>　　　　Defendant(s). | No. C06-6510 TEH (BZ)<br><br>**ORDER IMPOSING SANCTIONS** |

　　On May 10, 2007, I issued an order to show cause why plaintiff should not be sanctioned for failing to comply with Civil Local Rule 37-2.  Argument on the order was heard on May 16, 2007.  After considering plaintiff's written and verbal responses to my order, I conclude that the failure to abide by Rule 37-2 is not excusable.  For the reasons stated on the record, and pursuant to my authority under Civil Local Rule 1-4 and Federal Rule of Civil Procedure 16(f), **IT IS ORDERED** that in the event plaintiff seeks to recover attorneys fees and costs expended in litigating this action, he shall be barred from recovering fees or costs for work done in

1

1 | connection with the motion to compel discovery (Docket No.
2 | 52). The Order to Show Cause is otherwise discharged.
3 | Dated: May 16, 2007

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\JEFFERSON\ORDER.IMPOSING.SANCTIONS.wpd