G. SCOTT EMBLIDGE, State Bar No. 121613
ROBERT D. SANFORD, State Bar No. 129790
SYLVIA M. SOKOL, State Bar No. 200126
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 362-3599
Facsimile: (415) 362-7332

JAMES C. STURDEVANT, State Bar No. 94551
MARK T. JOHNSON, State Bar No. 76904
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, California 94111
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Attorneys for Plaintiff
T.C. JEFFERSON on behalf of himself and
all those similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| T.C. JEFFERSON, on behalf of himself and all those similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>CHASE HOME FINANCE and DOES 1-150,<br><br>　　　　　Defendants. | Case No.: C06-6510 TEH (BZ)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION**<br><br>[L.R. 6-2] |

1

ORDER GRANTING MOTION TO MODIFY BRIEFING SCHEDULE　　　　　　　　　　　　　　　　C06-6510 TEH (BZ)

Having considered the Stipulated Request for an Order Modifying the Briefing Schedule for the motion for class certification submitted by the parties,

IT IS HEREBY ORDERED:

The Request is granted. The briefing schedule for the motion for class certification shall be modified as follows:

| Action | Previous Date | New Date |
|---|---|---|
| File class certification motion | Monday, August 13, 2007 | Monday, September 17, 2007 |
| File certification opposition | Monday, September 24, 2007 | Monday, October 22, 2007 |
| File certification reply brief | Monday, October 15, 2007 | Monday, November 5, 2007 |
| Hearing | Monday, November 19, 2007 10:00 a.m. | Monday, ~~November 19, 2007~~ December 10, 2007 10:00 a.m. |

DATED: August __8__, 2007



Thelton E. Henderson
United States District Judge

IT IS SO ORDERED
Judge Thelton E. Henderson

---

2

ORDER GRANTING MOTION TO MODIFY BRIEFING SCHEDULE          C06-6510 TEH (BZ)