IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

T.C. JEFFERSON, et al.,

             Plaintiffs,

v.

CHASE HOME FINANCE, et al.,

             Defendants.

NO. C 06-6510 TEH

ORDER CONTINUING HEARING

    To accommodate the Court's schedule, hearing in this matter is hereby CONTINUED to 10:00 a.m. on Wednesday, November 14, 2007. All other deadlines remain the same.

**IT IS SO ORDERED.**

Dated: October 17, 2007

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT