IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

T.C. JEFFERSON, et al.,

                Plaintiffs,

v.

CHASE HOME FINANCE, et al.,

                Defendants.

NO. C 06-6510 TEH

ORDER CONTINUING HEARING

     So that the parties can have the benefit of the Court's ruling on Defendant's Motion for Summary Judgment in advance of the hearing on Plaintiff's Motion for Class Certification, hearing on the Class Certification motion is hereby CONTINUED to 10:00 a.m. on December 17, 2007.

**IT IS SO ORDERED.**

Dated: November 27, 2007

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT