IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

T.C. JEFFERSON, et al.,

                Plaintiffs,

       v.

CHASE HOME FINANCE, et al.,

                Defendants.

NO. C 06-6510 TEH

ORDER CHANGING TIME OF HEARING

Due to a change in the Court's calendar, the Court is now unavailable on the morning of December 17, 2007. Accordingly, hearing on Plaintiff's Motion for Class Certification is hereby CONTINUED to 3:30 p.m. on December 17, 2007.

**IT IS SO ORDERED.**

Dated: November 28, 2007

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

**United States District Court**
For the Northern District of California