G. SCOTT EMBLIDGE, State Bar No. 121613
ROBERT D. SANFORD, State Bar No. 129790
SYLVIA SOKOL, State Bar No. 200126
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104
Telephone:   (415) 362-3599
Facsimile:   (415) 362-7332


JAMES C. STURDEVANT, State Bar No. 94551
MARK T. JOHNSON, State Bar No. 76904
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, California  94111
Telephone:   (415) 477-2410
Facsimile:   (415) 477-2420


Attorneys for Plaintiff
T.C. JEFFERSON on behalf of himself and
all those similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.C. JEFFERSON, on behalf of himself and all those similarly situated,<br><br>        Plaintiffs,<br><br>                v.<br><br>CHASE HOME FINANCE and DOES 1-150,<br><br>        Defendants. | Case No.:  C06-6510 TEH (BZ)<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON MOTION FOR CLASS CERTIFICATION**<br><br>Current Motion Date: December 17, 2007<br>Current Motion Time: 3:30 p.m.<br>Proposed Motion Date: January 15, 2008<br>Proposed Motion Date: 10:00 a.m. |

WHEREAS, Defendant's Motion for Class Certification, originally set for hearing on December 10, 2007, was recently continued on the Court's own motion to December 17, 2007;

///

1

STIPULATION CONTINUING HEARING ON MOTION FOR CLASS CERTIFICATION;
[PROPOSED] ORDER, Case No. 06-6510 TEH (BZ)

WHEREAS, counsel for Plaintiff, Mark Johnson, who will be arguing the motion on behalf of Plaintiff, will be unable to appear for the hearing on December 17, 2007 due to a prior schedule conflict;

WHEREAS, counsel for Plaintiff and Defendant have met and conferred and have reached agreement on a date counsel for both parties are available to appear at the hearing;

THEREFORE, THE PARTIES HEREBY STIPULATE, subject to the Court's approval, that the hearing on Defendant's Motion for Class Certification, currently set for December 17, 2007 at 3:30 p.m., be continued to January 15, 2008 at 10:00 a.m, or, in the alternative, to January 14, 2008 at 10:00 a.m.

IT IS SO STIPULATED:

Dated: December 5, 2007          BURKE, WARREN, MACKAY & SERRITELLA, P.C.

By:      /s/
         Robert J. Emanuel
         Attorneys for Defendant
         CHASE HOME FINANCE LLC

Dated: December 5, 2007          MOSCONE EMBLIDGE & QUADRA LLP

                                 THE STURDEVANT LAW FIRM

By:      /s/
         Mark T. Johnson
         Attorneys for Plaintiff
         T.C. JEFFERSON

**Signature Attestation**

I, Mark T. Johnson, hereby declare pursuant to General Order 45 that I have obtained the concurrence in the filing of this document from each of the other signatories listed above. Executed on December 5, 2007 at San Francisco, California.

         /s/
         Mark T. Johnson

2
STIPULATION CONTINUING HEARING ON MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER, Case No. 06-6510 TEH (BZ)

# [PROPOSED] ORDER

Pursuant to the Stipulation between the parties and good cause appearing,

IT IS HEREBY ORDERED that the hearing on Defendant's Motion for Class Certification, currently set for December 17, 2007 at 3:30 p.m., is continued to January 14, 2008 at 10:00 a.m.

Dated:   12/10/07



THE HONORABLE THELTON E. HENDERSON
JUDGE OF THE UNITED STATES DISTRICT COURT

---

3

STIPULATION CONTINUING HEARING ON MOTION FOR CLASS CERTIFICATION;
[PROPOSED] ORDER, Case No. 06-6510 TEH (BZ)