G. SCOTT EMBLIDGE, State Bar No. 121613
ROBERT D. SANFORD, State Bar No. 129790
SYLVIA SOKOL, State Bar No. 200126
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104
Telephone:    (415) 362-3599
Facsimile:    (415) 362-7332


JAMES C. STURDEVANT, State Bar No. 94551
MARK T. JOHNSON, State Bar No. 76904
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, 4th Floor
San Francisco, California   94104
Telephone:    (415) 477-2410
Facsimile:    (415) 477-2420


Attorneys for Plaintiff
T.C. JEFFERSON on behalf of himself and
all those similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.C. JEFFERSON, on behalf of himself and all those similarly situated,<br><br>              Plaintiffs,<br><br>       v.<br><br>CHASE HOME FINANCE and DOES 1-150,<br><br>              Defendants. | Case No.: C06-6510 TEH (BZ)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE** |

**JOINT STIPULATION**

WHEREAS, on February 6, 2008 this Court held a Case Management Conference in this action for the purpose of discussing alternative dispute resolution options and the subsequent motion schedule;

---

1

STIPULATION RE ORDER CONTINUING HEARING DATE FOR CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER, Case No. 06-6510 TEH (BZ)

1      WHEREAS, it was agreed at the Case Management Conference of February 6, 2008 that
2  the matter should be referred to a Magistrate Judge for a settlement conference;
3      WHEREAS, this Court referred the parties to Magistrate Judge Spero for a settlement
4  conference and set another case management conference for April 14, 2008 at 1:30 p.m.;
5      WHEREAS, it is the parties understanding that one of the purposes of the case
6  management conference set for April 14, 2008 was to report back to this Court on the results of
7  the settlement conference and the progress the parties had made toward possible settlement of the
8  action;
9      WHEREAS, the settlement conference before Magistrate Judge Spero was calendared for
10 April 17, 2008, the earliest mutually agreeable date on which the Court was available;
11     NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, subject to the Court's
12 approval, that the date for the case management conference, currently set for April 14, 2008, at
13 1:30 p.m., be continued to May 12, 2008 at 1:30 p.m. so that the settlement conference will have
14 occurred before the case management conference and the parties can report on the results of the
15 settlement conference at that time.

16     .

IT IS SO STIPULATED:

Dated: April 4, 2008                    BURKE, WARREN, MACKAY & SERRITELLA, P.C.

                                        By:      /s/
                                              Robert J. Emanuel
                                              Attorneys for Defendant
                                              CHASE HOME FINANCE LLC

Dated: April 4, 2008                    MOSCONE EMBLIDGE & QUADRA LLP

                                        THE STURDEVANT LAW FIRM

                                        By:      /s/
                                              Mark T. Johnson
                                              Attorneys for Plaintiff
                                              T.C. JEFFERSON

2
STIPULATION RE ORDER CONTINUING HEARING DATE FOR CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER, Case No. 06-6510 TEH (BZ)

**Signature Attestation**

I, Mark T. Johnson, hereby declare pursuant to General Order 45 that I have obtained the concurrence in the filing of this document from each of the other signatories listed above. Executed on April 4, 2008 at San Francisco, California.

/s/
Mark T. Johnson

---

3
STIPULATION RE ORDER CONTINUING HEARING DATE FOR CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER, Case No. 06-6510 TEH (BZ)

# [PROPOSED] ORDER

Pursuant to the Stipulation between the parties and good cause appearing,

IT IS HEREBY ORDERED that the case management conference currently scheduled for April 14, 2008, is continued until May 12, 2008 at 1:30 p.m.

Dated: 04/07/08



THE HONORABLE THELTON E. HENDERSON
JUDGE OF THE UNITED STATES DISTRICT COURT

4

STIPULATION RE ORDER CONTINUING HEARING DATE FOR CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER, Case No. 06-6510 TEH (BZ)