**United States District Court**

For the Northern District of California

1
2
3
4
5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7
8    T.C. JEFFERSON,                          No. C-06-06510 TEH (JCS)
9              Plaintiff(s),
                                              **NOTICE AND ORDER SETTING**
10        v.                                  **FURTHER SETTLEMENT**
                                              **CONFERENCE**
11   CHASE HOME FINANCE, LLC,
12             Defendant(s).
     _____/
13
14   TO ALL PARTIES AND COUNSEL OF RECORD:
15        You are hereby notified that a Further Settlement Conference is scheduled for **May 27, 2008,**
16   **at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San
17   Francisco, California.  Lead trial counsel shall appear at the Settlement Conference with the parties.
18        The parties shall contact Chambers immediately at (415) 522-3691 if the settlement
19   documents are finalized and executed prior to the date set for the Further Settlement Conference, in
20   which case the Further Settlement Conference will be vacated.
21        IT IS SO ORDERED.
22
23   Dated: April 22, 2008
24                                            _____
25                                            JOSEPH C. SPERO
                                             United States Magistrate Judge
26
27
28