UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.C. JEFFERSON,<br><br>        Plaintiff(s),<br><br>  v.<br><br>CHASE HOME FINANCE, LLC,<br><br>        Defendant(s). | No. C-06-06510 TEH (JCS)<br><br>**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **July 15, 2008, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. Lead trial counsel shall appear at the Settlement Conference with the parties.

The parties shall contact Chambers immediately at (415) 522-3691 if the settlement documents are finalized and executed prior to the date set for the Further Settlement Conference, in which case the Further Settlement Conference will be vacated.

IT IS SO ORDERED.

Dated: June 24, 2008

JOSEPH C. SPERO
United States Magistrate Judge