GEORGE G. WEICKHARDT (SBN 58586)
**ROPERS, MAJESKI, KOHN & BENTLEY PC**
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@ropers.com

Of Counsel:
LEANN PEDERSEN POPE (*Admitted Pro Hac Vice*)
ROBERT J. EMANUEL (*Admitted Pro Hac Vice*)
**BURKE, WARREN, MACKAY & SERRITELLA, P.C.**
330 North Wabash, 22nd Floor
Chicago, Illinois 60611
Telephone: (312) 840-7000
Facsimile: (312) 840-7900
Email: lpope@burkelaw.com
remanuel@burkelaw.com

Attorneys for Defendant
CHASE HOME FINANCE LLC, sued herein as
CHASE HOME FINANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| T.C. JEFFERSON, on behalf of himself and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE and DOES 1-150,<br><br>Defendants. | CASE NO. C06-6510 TEH<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT AND IMPENDING MOTION FOR PRELIMINARY APPROVAL; REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |

A Case Management Conference is scheduled in this matter for 1:30 p.m. on July 28, 2008. The parties have recently signed a Settlement Agreement and will shortly be filing a motion for preliminary approval of the settlement. Accordingly, the parties request that the Case Management Conference scheduled for July 28, 2008 be vacated.

///

1  Dated: July 22, 2008                              ROPERS, MAJESKI, KOHN & BENTLEY

2

3                                                   By: /s/ George G. Weickhardt
                                                    ─────────────────────────────
4                                                       GEORGE G. WEICKHARDT
                                                        WENDY C. KROG
                                                        Attorneys for Defendant
5                                                       CHASE BANK HOME FINANCE, LLC,
                                                        sued herein as CHASE HOME FINANCE
6

7  Dated: July 22, 2008                              THE STURDEVANT LAW FIRM

8

9                                                   By: /s/ Mark Johnson
                                                    ─────────────────────────────
10                                                      MARK JOHNSON
                                                        Attorneys for Plaintiff
11                                                      T.C. JEFFERSON



IT IS SO ORDERED
Judge Thelton E. Henderson
07/22/08
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RC1/5153861.1/
MB6

NOTICE OF SETTLEMENT AND IMPENDING MOTION
FOR PRELIMINARY APPROVAL; REQUEST TO VACATE
MANAGEMENT CONFERENCE