IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

T.C. JEFFERSON, et al.,

                Plaintiffs,

v.

CHASE HOME FINANCE, et al.,

                Defendants.

NO. C 06-6510 TEH

ORDER CONTINUING HEARING

    To accommodate the Court's calendar, the hearing currently set for October 20 is hereby CONTINUED to **10:00 A.M. on October 29, 2008.**  All other deadlines remain the same.

**IT IS SO ORDERED.**

Dated: September 29, 2008

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT