IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

T.C. JEFFERSON, et al.,

              Plaintiffs,

v.

CHASE HOME FINANCE, et al.,

              Defendants.

NO. C 06-6510 TEH

ORDER REGARDING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

      The Court is in receipt of the parties' submissions regarding Plaintiff's Motion for Order (1) Preliminarily Approving Class Action Settlement, (2) Provisionally Certifying Settlement Class and Appointing Class Counsel, (3) Authorizing Distribution of Notice of Settlement, and (4) Setting a Schedule for the Final Approval Process.  Counsel should come to the hearing on this motion prepared to discuss the apparent disproportionality of the attorneys' fees to the settlement award to the Plaintiff class.  Specifically, the Court requests that Counsel be prepared to provide the Court with an appropriate lodestar amount, including a reasonable figure of the number of hours expended and a reasonable hourly rate.

      **IT IS SO ORDERED.**

Dated: October 27, 2008

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT