1   G. SCOTT EMBLIDGE, State Bar No. 121613
    ROBERT D. SANFORD, State Bar No. 129790
2   SYLVIA SOKOL, State Bar No. 200126
    MOSCONE, EMBLIDGE, & QUADRA, LLP
3   220 Montgomery Street, Suite 2100
    San Francisco, California 94104
4   Telephone:    (415) 362-3599
    Facsimile:    (415) 362-7332
5

6   JAMES C. STURDEVANT, State Bar No. 94551
    THE STURDEVANT LAW FIRM
7   A Professional Corporation
    354 Pine Street, Fourth Floor
8   San Francisco, California   94104
    Telephone:    (415) 477-2410
9   Facsimile:    (415) 477-2420

10  Attorneys for Plaintiff
    T.C. JEFFERSON on behalf of himself and
11  all those similarly situated

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15

16  T.C. JEFFERSON, on behalf of himself and       Case No.: C06-6510 TEH
    all those similarly situated,
17                                                  **CLASS ACTION**
                Plaintiffs,
18                                                  **JOINT STIPULATION AND** [proposed]
                    v.                              **ORDER REGARDING** *CORRECTED*
19                                                  **FINAL APPROVAL ORDER**
    CHASE HOME FINANCE and DOES 1-150,
20
                Defendants.
21

22

23

24

25

26

27

28

1    **WHEREAS**, a Final Order and Judgment Granting Final Approval of Class Settlement ("Final

2    Order") was signed and entered by the Court on February 23, 2009.  (Docket # 223.)

3    **WHEREAS**, thereafter counsel for the parties discovered that the Final Order contains a few

4    minor typographical errors regarding the timing of Defendant Chase Home Finance LLC's performance

5    under the Settlement Agreement.

6    **WHEREAS**, counsel have agreed and wish to correct these errors so that the Final Order is

7    consistent with the substance of the Settlement Agreement.  The document attached as Exhibit A is a

8    redlined version of the Final Order reflecting the typographical errors at issue.  The document attached

9    as Exhibit B is the proposed Corrected Final Order.

10    **WHEREAS**, the parties have been diligently complying with the terms of the Final Order and

11    correction of the typographical errors are not expected to delay performance under the Settlement.

12    **IT IS HEREBY STIPULATED and AGREED THAT:**

13    The parties respectfully request that the Court sign the proposed Corrected Final Order as of the

14    date of the original Final Order, *i.e.*, February 23, 2009, a copy of which is attached hereto as Exhibit B,

15    and that it be deemed entered as of February 23, 2009.

16

17    Dated:  April 1, 2009                    MOSCONE, EMBLIDGE & QUADRA, LLP

18
                                               THE STURDEVANT LAW FIRM
19                                             A Professional Corporation

20
                                               By:      /s/ *James C. Sturdevant*
21                                                       JAMES C. STURDEVANT
                                                         Attorneys for Plaintiffs
22

23
      Dated:  April 1, 2009                    BURKE, WARREN, MACKAY & SERRITELLA, P.C.
24

25                                             By:      /s/ *Robert J. Emanuel*
                                                        ROBERT J. EMANUEL
26                                                      Attorneys for Defendant

27

28

                                                    1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING *CORRECTED* FINAL APPROVAL ORDER
CASE NO. C06-6510 TEH (BZ)

1

2

**[~~PROPOSED~~] ORDER**

3

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

4

5

DATED: _____04/23/09_____

6



HON. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2