IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

T.C. JEFFERSON, on behalf of himself and all those similarly situated,

Plaintiffs,

v.

CHASE HOME FINANCE LLC,

Defendant.

NO. C06-6510 TEH

ORDER RE: DEATH OF PLAINTIFF T.C. JEFFERSON

The Court is in receipt of a letter, dated May 27, 2009, from counsel for Plaintiffs indicating that Plaintiff T.C. Jefferson passed away on May 23, 2009. The Court agrees with counsel's conclusion that, based on the status of this case, a motion for substitution of parties is not necessary.

**IT IS SO ORDERED.**

Dated:  06/01/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT